**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DARNELL JACOB WILLIAMS,** :  :  **Plaintiff** :  **v** :  :  **JOSEPH D. MACUT, et al.,** :  **Defendants** | CIVIL ACTION NO. 3:15-1645  (JUDGE MANNION) |

**ORDER**

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The motion to dismiss filed on behalf of Defendants, Joseph D. Macut and Prime Care, Inc., (Doc. 25), is **GRANTED**.

2. The complaint against Defendant, Prison Medical Staff is **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 19, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1645-01-ORDER.wpd